**STATE of Missouri, Respondent,**

v.

**Jordan SHELTON III, Appellant.**

**No. ED 101540**

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR.*

Filed: April 7, 2015

Amy M. Bartholow, Office of the Public Defender, 1000 W. Nifong, Bldg. 7, Ste. 100, Columbia, MO 65203, for appellant.

Chris Koster, Attorney General, Mary H. Moore, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

### ORDER

PER CURIAM.

Jordan Shelton III appeals the judgment entered upon a jury verdict convicting him of second-degree assault. We find the trial court did not err in refusing to submit a defense-of-others instruction to the jury.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 30.25(b).

Andrew C. Hooper, Jefferson City, MO 65102, for Plaintiff/Respondent.

Rosalynn Koch, Woodrail Centre, 1000 West Nifong, Building 7, Suite 100, Columbia, MO 65203, for Defendant/Appellant.

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.